IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-01316-MSK-MJW

ZACHARY PFAFF,

    Plaintiff,

v.

SENTRY CREDIT INC.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Unopposed Motion to Dismiss Party Does 1-10 (Motion) **(#16)** filed August 30, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted against Does 1-10 are hereby dismissed with prejudice.

DATED this 31st day of August, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge